# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### STATESVILLE DIVISION

|  |  |  |
|---|---|---|
| | ) | |
| **UNITED STATES OF AMERICA** | ) | **Docket No. 5:15-cr-73-RLV** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **(5) RITCHIE ALLEN SHOOK** | ) | **ORDER** |
| | ) | |

This matter is before the Court on the Motion of the United States of America to dismiss the charges against Defendant Ritchie Allen Shook in the Bill of Indictment in the above-captioned case without prejudice.

It is hereby ordered that the motion be GRANTED and the charges against Defendant Ritchie Allen Shook in the above-captioned Bill of Indictment be dismissed without prejudice.

Signed: March 14, 2016

Richard L. Voorhees
United States District Judge